Rene L. Valladares
Federal Public Defender
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| United States of America, | Case No. 2:20-cr-00165-GMN-DJA |
| Plaintiff, | **First Stipulation to Continue Revocation Hearing (ECF No. 20)** |
| v. | |
| David Stephens, | |
| Defendant. | |

The parties jointly request that this Court vacate the July 7, 2021, revocation hearing and continue it for at least 60 days. The additional time is to allow the parties to determine if a resolution can be reached. Stephens is not in custody and agrees to the continuance.

DATED: July 2, 2021.

Rene L. Valladares
Federal Public Defender

*/s/ Erin Gettel*
By_____

Erin Gettel
Assistant Federal Public Defender

Christopher Chiou
Acting United States Attorney

*/s/ Shaheen Torgoley*
By_____

Stephanie Ihler
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

       Plaintiff,

    v.

David Stephens,

       Defendant.

Case No. 2:20-cr-00165-GMN-DJA

**Order Granting First Stipulation to Continue Revocation Hearing (ECF No. 20)**

      Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 7, 2021, at 11:00 a.m. is vacated and continued to Wednesday, September 8, 2021, at 2:00 p.m. in Courtroom 7D.

      DATED: July __2__, 2021.

_____
Gloria M. Navarro
Senior United States District Judge